Same case below, 18 A.3d 703.

**No. 11-7934. William McCall, Petitioner v. United States.**

565 U.S. 1173, 132 S. Ct. 1131, 181 L. Ed. 2d 1008, 2012 U.S. LEXIS 637.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 433 Fed. Appx. 432.

**No. 11-7935. Christopher Musso, Petitioner v. United States.**

565 U.S. 1173, 132 S. Ct. 1132, 181 L. Ed. 2d 1008, 2012 U.S. LEXIS 683.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 643 F.3d 566.

**No. 11-7937. Anthony Grant Jackson, Petitioner v. United States.**

565 U.S. 1173, 132 S. Ct. 1132, 181 L. Ed. 2d 1008, 2012 U.S. LEXIS 686.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 440 Fed. Appx. 857.

**No. 11-7941. Deshawn Kenneth James, Petitioner v. United States.**

565 U.S. 1173, 132 S. Ct. 1132, 181 L. Ed. 2d 1008, 2012 U.S. LEXIS 616.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 434 Fed. Appx. 863.

**No. 11-7954. Adrian Thomas, Petitioner v. United States.**

565 U.S. 1173, 132 S. Ct. 1132, 181 L. Ed. 2d 1008, 2012 U.S. LEXIS 656.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 370 Fed. Appx. 8.

**No. 11-48. John E. Wetzel, Secretary, Pennsylvania Department of Corrections, et al., Petitioners v. Joseph J. Kindler.**

565 U.S. 1173, 132 S. Ct. 1089, 181 L. Ed. 2d 1008, 2012 U.S. LEXIS 696.

January 17, 2012. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied. Justice Kagan took no part in the consideration or decision of this motion and this petition.

Same case below, 642 F.3d 398.